UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,                          :
                                                   :
                                                   :     **SCHEDULING ORDER**
                                Plaintiff,          :
                                                   :     22-cr-458(AKH)
        -against-                                  :
                                                   :
                                                   :
                                                   :
EDWIN GIOVANNY LLUVERES PENA,                      :
                                                   :
                                Defendant.         :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The pre-trial conference currently scheduled for March 24, 2025 at 10 a.m. shall instead

begin at 11 a.m.


                SO ORDERED.

Dated:      March 12, 2026              _____/s/ Alvin K. Hellerstein_____
            New York, New York              ALVIN K. HELLERSTEIN
                                            United States District Judge