UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                   Plaintiff,

         -against-

EDWIN GIOVANNY LLUVERES PENA,

                             Defendant.

------------------------------------------------------------- x

**SCHEDULING ORDER**

25-cr-458(AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The pre-trial conference currently scheduled for March 24, 2026 at 11 a.m. shall instead begin at 12 p.m.

      SO ORDERED.

Dated:     March 20, 2026                   /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                   United States District Judge