

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 23, 2026

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:    *United States v. Edwin Giovany Lluveres Pena*, 25 Cr. 458 (AKH)

Dear Judge Hellerstein:

The Government respectfully submits this letter jointly with the defendant, Edwin Giovany Lluveres Pena, to request that the Court adjourn the defendant's forthcoming initial pre-trial conference, which is scheduled for March 24, 2026. The parties have conferred and are generally available the week of April 20, 2026 and April 27, 2026, or at another date convenient to the Court.

The Government further requests that time be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) through the adjourned date of the conference. The Government respectfully submits that that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow time for a potential pretrial resolution of this case. Defense counsel has informed me that the defendant consents to the requested adjournment and exclusion of time.

*The Conference is adjourned and time is excluded until April 22, 2026 at 10:30 a.m.; in the interest of justice.*

X _Alvin K. Hellerstein_

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Georgia V. Kostopoulos
Assistant United States Attorney
Tel: (212) 637-2212

Cc:    Counsel of Record (ECF)    3/24/26