Case 1:25-cr-00458-LAK Document 54 Filed 09/30/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

RECEIVED
SEP 30 2026
JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-30-26

September 30, 2026

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

**Re: *United States v. Edwin Giovany Lluveres Pena*, 25 Cr. 458 (LAK)**

Dear Judge Kaplan:

The Government respectfully submits this letter jointly with the defendant, Edwin Giovany Lluveres Pena, to request that the Court adjourn the defendant's forthcoming status conference, which was originally scheduled for September 24, 2026, to a date on or after the week of November 9, 2026. The parties have conferred and are generally available the week of November 9, 2026, apart from November 12, 2026. Since the last conference, the parties have continued to engage in discussions about a potential pretrial resolution of this case, and will require additional time in order to continue those discussions.

The Government further requests that time be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) through the adjourned date of the conference. The Government respectfully submits that that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow time for a potential pretrial resolution of this case. Defense counsel has informed me that the defendant consents to the requested adjournment and exclusion of time.

Application granted. The next pretrial conference will be held on November 12, 2026 at 11:30 AM in Courtroom 21b. Time is excluded through and including November 12, 2026 for the reasons provided by counsel above.

So Ordered: [signature]
Hon. Lewis A. Kaplan
Dated: 9/30/2026

Respectfully submitted,
JAMES M. MCDONALD
United States Attorney

By: [signature]
Georgia V. Kostopoulos
Assistant United States Attorney
Tel: (212) 637-2212

Cc: Counsel of Record (ECF)